# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 913-4608  
FAX: (203) 319-0128

June 22, 2023

Honorable Judith C. McCarthy  
United States Magistrate Judge  
United States District Court  
300 Quarropas Street  
White Plains. NY 10601

Re:   United States v. Edwin Rodriguez-Genoa, DK#23CR261

Dear Judge McCarthy:

Please accept this letter as a consent request for a one week extension to comply with the Court Order to complete the bail surety confirmation process by June 22, 2023. The basis for this request is that the bond cosigner's information was submitted to the United States Attorney's office yesterday, June 21, 2023, and the United States Attorney has not yet interviewed the proposed sureties. The delay in providing the surety information to the United States Attorney is that one of the originally proposed cosigners backed out of the commitment and a substitute surety needed to be located. A second cosigner has been obtained and her information has been provided to the United States Attorney's office, however as of this date neither proposed surety has been interviewed. I have contacted Assistant United States Attorney T. Josiah Pertz and he has no objection to this request. Therefore, for all of the above reasons the undersigned respectfully request a one week extension to finalize the bail application process by June 29, 2023.

Very truly yours,

Francis L. O'Reilly

> **APPLICATION GRANTED.** The Clerk of Court is respectfully directed to mark the motion at ECF No. 28 as granted, and to terminate the motion.
>
> Dated: June 22, 2023

SO ORDERED.

ANDREW E. KRAUSE  
United States Magistrate Judge