**MEMO ENDORSED**

# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 913-4608
FAX: (203) 319-0128

November 15, 2023

*VIA ECF*

Honorable Nelson S. Román
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Edwin Luciano Rodriguez-Genoa, et al.*, 23-cr-261 (NSR)-03

Dear Judge Román:

I represent the above-referenced defendant. I write, with no objection from Pretrial Services, to request that the Court modify Mr. Rodriguez-Genoa's conditions of release to remove the condition of home detention and replace it with a curfew from 7pm to 7am.

Mr. Rodriguez-Genoa has been on home detention with location monitoring since his arrest on June 8, 2023. He has been fully complaint with the conditions of his release including the location monitoring, other than a positive drug test in August.

Removing the condition of home detention will greatly assist Mr. Rodriguez-Genoa in his search for employment, as well as allow him to tend to his mother and assist her with chores and errands.

I have spoken with Thomas Ragogna, the Pretrial Services Officer supervising Mr. Rodriguez-Genoa in EDNY, as well as SDNY Pretrial Services Officer Leo Barrios, and neither have any objection to the instant application.

I understand from that government that it objects to the instant application.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023

**Defendant's application seeking modification of one of the conditions of release is DENIED without prejudice to renewal before the crim. duty magistrate judge. Clerk of Court is requested to terminate the motion at ECF No. 67.**
**Dated: November 27, 2023**
**        White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s Francis L. O'Reilly

Francis Lee O'Reilly

cc: All Parties (via ECF)