# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

| | |
|---|---|
| FRANCIS L. O'REILLY<br>FRANKOREILLY9@GMAIL.COM | 1735 POST ROAD, SUITE 2C<br>FAIRFIELD, CT 06824<br>TEL: (203) 913-4608<br>FAX: (203) 319-0128 |

January 28, 2025

**MEMO ENDORSED**

<u>VIA E-mail</u>

Hon. Nelson S. Roman United
States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Deft's request to modify his conditions of release to change his curfew to 10:00pm to 7:00am Monday through Friday, and 7:00pm to 7:00am, on Saturday and Sunday is GRANTED without objection by the Gov't and the Pretrial Services Officer. Clerk of Court is requested to terminate the motion at ECF No. 139.**
**Dated: White Plains, NY**
**January 30, 2025**

SO ORDERED:
/s/ Hon. Nelson S. Roman
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: *United States v. Edwin Luciano Rodriguez-Genoa, et al.*, 23-cr-261 (NSR)-03

Dear Judge Roman:

    Please be informed that I represent the above-referenced defendant. I write, with no objection from Assistant United States Attorney Josiah Pertz, and U.S.P.O., Shannon Finneran of Pretrial Services, to request that the Court modify Mr. Rodriguez-Genoa's conditions of release to change his curfew from 7:00pm to 7:00am, to 10:00pm to 7:00am Monday through Friday, and 7:00pm to 7:00am, on Saturday and Sunday.  The basis for this request is that Mr. Rodriguez has enrolled in American Barber Institute to train to become a licensed barber.  The school is located at 48 W. 39th Street, NY, NY, and his hours at the school are between 2:00pm and 8:00pm.  The additional curfew of 10:00pm will allow him to attend school until 8:00pm and get back to his residence in Brooklyn by 10:00pm.  I have contacted Assistant United States Attorney Josiah Pertz, and I have spoken with Pretrial Services Officer Shannon Finneran, and neither have any objection to the instant application.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

*/s Francis L. O'Reilly*
Francis L. O'Reilly

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025

cc: All Parties (via ECF)