UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| USA, | **SCHEDULING ORDER** |
| - against - | S8 23 CR 261-03 (NSR) |
| EDWIN LUCIANO RODRIGUEZ-GENAO, | |
| Defendant(s). | |

-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

In light of Defense counsels' request to be relieved as CJA counsel, the Court hereby **schedules an Attorney Appointment/Substitution Hearing for November 19, 2025 at 2:30 pm in Courtroom 218**.

Dated:   White Plains, New York
　　　　 November 13, 2025

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2025