UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

        USA,

        - against -

EDWIN LUCIANO RODRIGUEZ-GENAO,

        Defendant(s).

---------------------------------------------------------x

**RESCHEDULING
ORDER**

S8 23 CR 0261-03 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

Defense counsel notified the Court that the Defendant seeks to reschedule the previously adjourned Attorney Appointment/Substitution Hearing. Therefore, it is hereby

**ORDERED that the Attorney Appointment/Substitution Hearing is rescheduled for December 5, 2025 at 10:30 am.**

SO ORDERED.

Dated:     White Plains, New York
            November 26, 2025

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2025