**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

EDWIN LUCIANO RODRIGUEZ-GENAO,

          Defendant.

----------------------------------------------------x

                               **ORDER**

                             S8 23 Cr. 0261-03 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorneys assigned to this case  Francis Lee O'Reilly and Diane Ferrone  are hereby ordered
                                         Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A.

attorney     John Wallenstein      nunc pro tunc to December 3, 2025.
               Attorney's Name

                              SO ORDERED.

Dated:  White Plains, New York
         December 5, 2025

                              NELSON S. ROMÁN,
                              UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/05/2025___