UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

                    USA,

                - against -

EDWIN LUCIANO RODRIGUEZ-GENAO,

                        Defendant(s).

-------------------------------------------------------x

**RESCHEDULING
ORDER**

S8 23 CR 261-03 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

At the request of counsel, it is hereby

ORDERED that the **Change of Plea is rescheduled for February 6, 2026 at 3:30 pm to be held in Courtroom 620.**

SO ORDERED.

Dated:    White Plains, New York
          January 30, 2026



_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2026