**LAW OFFICES**
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

April 30, 2026

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/04/2026 |

**BY ECF**

Hon. Nelson S. Román
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:  United States v. Edwin Rodriguez-Genao**
        **Docket # 23 CR 261(NSR)**

Dear Judge Román;

    Since the trial in this matter has been adjourned until February 2027, I respectfully request that the defense team be permitted to submit interim CJA vouchers at this time. The team consists of myself, associate counsel Virginia Alvarez, and Investigator Joseph Lively.

    Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*

JOHN S. WALLENSTEIN

JSW/hs

*(vertical left margin:)* MEMO ENDORSED

**Defense counsel and his team are permitted to submit interim CJA vouchers.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 268.**

**Dated: May 4, 2026**
    **White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge