USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA

-against-

Rodriguez-Genao, Edwin Luciano,

Defendant.

-----------------------------------------------------------X

7:23-cr-00261-NSR-3

**ORDER**

Nelson Stephen Roman, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition of release:

1. Mental health evaluation and treatment as directed by Pretrial Services
2. Defendant is required to abide by the existing Order of Protection and comply with all court proceedings and court-related requirements pertaining to this case.

Dated: July 29, 2026
White Plains, NY

SO ORDERED:

______________________________
Nelson Stephen Roman
United States District Judge